IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

BLACK WATER MANAGEMENT, LLC,

    Plaintiff,                                Civil Action No. 3:15-cv-365

vs.

MARK D. SPRENKLE, *et al.*

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney is licensed to practice law by the Commonwealth of Virginia and admitted to practice before the United States District Court for the Eastern District of Virginia; that this firm is counsel for Defendants TBT Network, LLC, t/a Tim Be Told, Timothy Ouyang, Luan Nguyen, Jacob James "Jim" Carisma Barredo, and Andrew Daniel Chae; and that he desires to appear in this case as counsel for this Defendant.

Respectfully submitted, this 30th day of July, 2015.

                                            TBT NETWORK, LLC, D/B/A TIM BE TOLD
                                            TIMOTHY OUYANG
                                            LUAN NGUYEN
                                            JACOB JAMES "JIM" CARISMA BARREDO
                                            ANDREW CHAE

                                            By: /s/ P. Matthew Roberts
                                              P. Matthew Roberts
                                              VA BAR #70259
                                              POOLE MAHONEY PC
                                              4705 Columbus Street
                                              Virginia Beach, Virginia 23462
                                              Phone:  (757) 499-1841
                                              Fax:  (757) 552-6016
                                              mroberts@poolemahoney.com

*Attorney for TBT Network, LLC, Timothy Ouyang, Luan Nguyen, Jacob James "Jim" Carisma Barredo and Andrew Daniel Chae*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

TBT NETWORK, LLC, D/B/A TIM BE TOLD
TIMOTHY OUYANG
LUAN NGUYEN
JACOB JAMES "JIM" CARISMA BARREDO
ANDREW DANIEL CHAE

By: /s/ P. Matthew Roberts
P. Matthew Roberts
VA BAR #70259
POOLE MAHONEY PC
4705 Columbus Street
Virginia Beach, Virginia 23462
Phone: (757) 499-1841
Fax: (757) 552-6016
mroberts@poolemahoney.com

*Attorney for TBT Network, LLC, Timothy Ouyang, Luan Nguyen, Jacob James "Jim" Carisma Barredo and Andrew Daniel Chae*