THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

BLACK WATER MANAGEMENT, LLC,

       Plaintiff,                                CIVIL ACTION NO. 3:15cv365

       v.                                        MOTION TO DISMISS

MARK D. SPRENKLE, et al.

       Defendants.

COME NOW Defendants TBT Network, LLC, d/b/a Tim Be Told, Timothy Ouyang, Luan Nguyen, Jacob James "Jim" Barredo and Andrew Daniel Chae, (hereinafter collectively as "Defendants"), by counsel, and file this Motion to Dismiss, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Black Water Management, LLC's Complaint for failure to state a claim upon which relief may be granted. For the reasons and authority set forth in greater detail in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, Defendants respectfully request this Court grant the Motion to Dismiss, dismiss all of Plaintiff's claims with prejudice and such further relief deemed necessary and just.

Respectfully submitted this 31st day of August, 2015.

                                                      TBT NETWORK, LLC
                                                      TIMOTHY OUYANG
                                                      LUAN NGUYEN
                                                      JACOB JAMES "JIM" BARREDO
                                                      ANDREW CHAE

                                                      By           /s/
                                                               Of Counsel

David B. Oakley, Esq.
Virginia Bar Number 72226
P. Matthew Roberts, Esq.
Virginia Bar Number 70259
POOLE MAHONEY, P.C
9850 Lori Road, Suite 101
Chesterfield, Virginia 23832
Phone: 804-778-7265
Fax: 804-778-7943
E-mail: doakley@poolemahoney.com
mroberts@poolemahoney.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to the following:

Joseph R. Pope, Esq.
WILLIAMS MULLEN
P.O. Box 1320
Richmond, Virginia 23219

William R. Baldwin, Esq.
MARCHANT, THORSEN, HONEY, BALDWIN & MEYER, LLP
5600 Grove Avenue
Richmond, VA 23226

Richard J. Knapp [V.S.B. 15834]
Richard J. Knapp, P.C.
2800 Patterson Avenue, Suite 101
Richmond, Virginia 23221
Telephone: 804-377-8848, ext. 3#
Facsimile: 804-377-8851
Email: Richard@rknappesq.com

_/s/_____
David B. Oakley, Esq.
Virginia Bar Number
P. Matthew Roberts, Esq.
Virginia Bar Number 70259
POOLE MAHONEY, P.C
9850 Lori Road, Suite 101
Chesterfield, Virginia 23832

Phone: 804-778-7265
Fax: 804-778-7943
E-mail: mroberts@poolemahoney.com