Virginia:
   In the Circuit Court of the City of Richmond, John Marshall Courts Building

JACOB A. SCHUR,
      Plaintiff,

vs.                                                    CASE NUMBER: CL11-4675

TBT NETWORK, LLC, et al,
      Defendants.

### ORDER

Upon consideration of defendant's Demurrer, the memoranda and oral arguments of the parties, the Court hereby Sustains the Demurrer as to Counts 1, 2, 4, 5, 6 & 7 and dismisses each Count with prejudice. The Court hereby Overrules defendant's Demurrer as to Courts 3 & 9 and Orders an Answer to be filed within 21 days. The grounds for these rulings are reflected in a letter opinion dated this same day.

The Court dispenses endorsements of this order by counsel pursuant to Rule 1:13.

ENTER: 3, 22, 13

_____
      Beverly W. Snukals, Judge


A Copy,
Teste: BEVILL M. DEAN, CLERK
BY: _____ D.C.


**EXHIBIT K**