FILED: July 18, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-2261
(3:15-cv-00365-MHL)
_____

BLACK WATER MANAGEMENT LLC

    Plaintiff - Appellant

v.

MARK D. SPRENKLE; COLIN HEALY; KEVIN HEALY; TBT NETWORK LLC, d/b/a Tim Be Told; TIMOTHY OUYANG; LUAN NGUYEN; JACOB JAMES BARREDO; ANDREW DANIEL CHAE; STEVE VORLOP

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered June 8, 2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*